Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  13−21055−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Maurice Chandler Sr.
    83 Harrison Avenue
    N Plainfield, NJ 07060

Social Security No.:
    xxx−xx−8278

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/5/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 5, 2017
JAN: kat

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-21055-SLM
Maurice Chandler, Sr.                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Jun 05, 2017
                             Form ID: 148              Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2017.
db          +Maurice Chandler, Sr.,    83 Harrison Avenue,    N Plainfield, NJ 07060-3605
cr           Kohl's,    Attn: Becket and Lee LLP,    PO Box 3001,    Malvern, PA  19355-0701
514213511   +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
             El Segundo, CA 90245-3504
513952939   +Midfirst Bank,    PO Box 268806,    Oklahoma City, OK 73126-8806
513966297   +U.S. Department of HUD,    c/o Deval LLC,    1255 Corporate Drive, #300,    Irving, TX 75038-2585
514052307   +US Department of HUD,    c/o Devall LLC,    1255 Corporate Drive,    #300,    Irving, TX 75038-2585
513946694   +WA Associates,    PO Box 742,    Pasco, WA 99301-1211
513946695   #+Zucker Goldberg & Ackerman LLC,    PO Box 1024,    Mountainside, NJ 07092-0024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 05 2017 21:05:35     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 05 2017 21:05:35     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
513946692   +EDI: AFNIRECOVERY.COM Jun 05 2017 21:03:00     AFNI,    PO Box 3097,
             Bloomington, IL 61702-3097
514170167   +EDI: AFNIRECOVERY.COM Jun 05 2017 21:03:00     Afni, Inc,    PO Box 3667,
             Bloomington, IL 61702-3667
513946693   +EDI: VERIZONEAST.COM Jun 05 2017 21:04:00     Verizon,    500 Technology Drive,
             Weldon Spring, MO 63304-2225
                                                                                      TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2017 at the address(es) listed below:
          Brian C. Nicholas   on behalf of Creditor   MidFirst Bank bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joel A. Ackerman   on behalf of Creditor   MIDFIRST BANK bankruptcynotice@zuckergoldberg.com
          Joel A. Ackerman   on behalf of Creditor   Midfirst Bank jackerman@zuckergoldberg.com
          Joshua I. Goldman   on behalf of Creditor   MidFirst Bank jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I. Goldman   on behalf of Creditor   MIDFIRST BANK jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Lee R. Lederman   on behalf of Debtor Maurice  Chandler, Sr. lee@ledermanlaw.com
          Marie-Ann  Greenberg  magecf@magtrustee.com
                                                                                      TOTAL: 9